# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates** | **CIVIL ACTION NO: 1:19-cv-00109-JDL** |
| **Plaintiff** | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT, LINDA BEAULIEU, AND PARTIES-IN-INTEREST, HOWARD S. ANNIS AND MIDLAND FUNDING LLC** |
| **vs.** | |
| **Linda Beaulieu** | **RE:** <br> **30 Purinton Avenue, Augusta, ME 04330** |
| **Defendant** | |
| **Howard S. Annis** <br> **Midland Funding LLC** | **Mortgage:** <br> **09/06/2006** <br> **Book 9061, Page 51** |
| **Parties-In-Interest** | |

NOW COMES the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates (hereinafter "HSBC Bank"), pursuant to Fed.R.Civ. P.55(a) and hereby moves for Default, following service, as to Parties, Linda Beaulieu, Howard S. Annis, and Midland Funding LLC, since said Parties have neither answered nor otherwise appeared in this matter.  As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on March 14, 2019.

2. The Defendant, Linda Beaulieu, was served with the subject complaint on March 18, 2019.

3. The Party-in-Interest, Howard S. Annis, was served with the subject complaint on March 18, 2019.

4.  The Party-in-Interest, Midland Funding LLC, was served with the subject complaint on March 19, 2019.

5.  Proofs of Service for all parties were filed on April 1, 2019.

6.  The said Parties are not in the military.

7.  Plaintiff has brought this action to address five counts entitling it to various forms of relief including Foreclosure, Breach of Note, Breach of Contract - Money Had and Received, Quantum Meruit, and Unjust Enrichment.

8.  By failing to appear in this matter, entry of default in favor of Plaintiff, pursuant to Fed.R.Civ.P Rule 55(a) is proper against Parties, Linda Beaulieu, Howard S. Annis, and Midland Funding LLC.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default as to Parties, Linda Beaulieu, Howard S. Annis, and Midland Funding LLC.

DATED: May 8, 2019

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on May 8, 2019 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Linda Beaulieu
30 Purinton Avenue
Augusta, ME 04330

Midland Funding LLC
c/o Corporation Service Company
45 Memorial Circle
Augusta, ME 04330

Howard S. Annis
Rural Route 7
48 New England Road, Apt. 984
Augusta, ME 04330